UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

O'REILLY LAW GROUP, LLC,   )
             )
        Plaintiff,   )   Case No. 2:16-cv-02699-JAD-GWF
             )
vs.   )   **ORDER**
             )
STEWART TITLE COMPANY,   )
             )
        Defendant.   )

     This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  The Complaint (ECF No.1 ) in this matter was filed on November 23, 2016.  Defendant filed its Motion to Dismiss (ECF No. 8, 12 ) on December 28, 2016.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

     **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **March 20, 2017** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

     DATED this 3rd day of March, 2017.

                                                               _____
                                                               GEORGE FOLEY, JR.
                                                               United States Magistrate Judge