# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| O'REILLY LAW GROUP, LLC, | ) |
|     Plaintiff, | ) Case No. 2:16-cv-02699-JAD-GWF |
| vs. | ) **ORDER** |
| STEWART TITLE COMPANY, | ) |
|     Defendant. | ) |

This matter is before the Court on the parties' Proposed Discovery Plan and Scheduling Order (ECF No. 41), filed on March 16, 2017. The Court conducted a hearing in this matter on April 3, 2017.

The parties request a stay of scheduling discovery deadlines pending resolution of Plaintiff OG Eliades' Motion to Intervene (ECF No 8), Plaintiff OG Eliades' Motion to Dismiss (ECF No. 12), Plaintiff O'Reilly Law Group's Motion for Summary Judgment (ECF No. 13), and Intervenor Parties Aristotle Holding, LP and Pete the Greek, LLC's Motion to Intervene (ECF No. 15). The Court grants the parties' request to stay the deadline to file a proposed discovery plan and scheduling order pending the resolution of dispositive motions. Accordingly,

**IT IS HEREBY ORDERED** that discovery is **stayed** pending the resolution of dispositive motions (ECF No. 8, 12, 13, and 15).

**IT IS FURTHER ORDERED** that the stay of discovery will automatically lift upon the Court's denial of the dispositive motions, in whole or in part, or otherwise in the event that this matter proceeds. The parties shall have fourteen (14) days from the entry of an order denying such motions to file a proposed discovery plan and scheduling order or a notice to the Court if discovery is not needed.

**IT IS FURTHER ORDERED** that the parties shall file a Status Report by **October 4, 2017** and every 6 months thereafter.

DATED this 4th day of April, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge